# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC DEON ROBINSON,<br><br>           Petitioner,<br>   v.<br><br>WARDEN HUTCHINGS, et al.,<br><br>           Respondents. | Case No. 2:21-cv-01989-RFB-DJA<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' Motion for Enlargement of Time (ECF No. 9) is GRANTED. Respondents have until August 29, 2022, to answer or otherwise respond to the petition for writ of habeas corpus.

DATED this 7th day of June 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1