# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC DEON ROBINSON,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WARDEN HUTCHINGS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:21-cv-01989-RFB-DJA<br><br>**ORDER** |

Respondents seek an extension of time to file their answer to the remaining claims. ECF No. 31. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Respondents' first Motion to Extend Time (ECF No. 31) is GRANTED. Respondents have until July 19, 2024, to file their answer.

DATED: June 3, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1