# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC DEON ROBINSON,<br><br>　　　　　　Petitioner,<br>v.<br>WARDEN HUTCHINGS, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:21-cv-01989-RFB-DJA<br><br>**ORDER** |

　　　　Respondents seek an extension of time to file their answer to the remaining claims. ECF Nos. 33, 34.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　　**IT IS THEREFORE ORDERED** that Respondents' second unopposed Motion to Extend Time (ECF No. 33) is GRANTED *nunc pro tunc*.

　　　　It is further ordered that Respondents' third unopposed Motion to Extend Time (ECF No. 34) is GRANTED. Respondents have until November 1, 2024, to file their answer.

　　　　DATED this 2 day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE